UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE,<br><br>              Plaintiff,<br><br>     v.<br><br>E. SHINNETTE, et al.,<br><br>              Defendants. | No. 2:18-cv-0689 JAM DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment. Plaintiff states that the prison is on lockdown and he is unable to access the law library. The court finds plaintiff has established good cause for an extension of time. However, plaintiff has not shown that he requires 90 days to complete his opposition. The court finds good cause for a 60-day extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 31) is granted; and

////
////
////
////
////

2. Plaintiff is granted 60 days from the date of this order in which to file an opposition. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: November 27, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.36opp