IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL URIBE,

                Plaintiff,

v.

E. SHINNETTE, et al.,

                Defendants.

Case No. 2:18-cv-0689 JAM DB P

ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges Eighth Amendment claims of excessive force and failure to protect. On October 31, 2018, defendants filed a motion for summary judgment alleging that plaintiff failed to exhaust his administrative remedies and failed to comply with the Government Claims Act ("GCA"). On October 31, 2018, defendants filed a motion for a protective order staying all discovery except that relevant to the exhaustion and GCA issues. Any opposition from plaintiff was due within 21 days of the date of service of defendants' motion. See E.D. Cal. R. 230(l). Plaintiff has filed no opposition.

        The court finds good cause for defendants' motion for a protective order. Accordingly, IT IS HEREBY ORDERED as follows:

////

1. Defendants' Motion for Protective Order (ECF No. 30) is GRANTED; and
2. All discovery in this matter, including discovery that has already been propounded, except that pertaining to the subjects of exhaustion and plaintiff's compliance with the Government Claims Act, is stayed until the court rules on defendants' motion for summary judgment.

Dated: December 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.disco stay