IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE, | Case No. 2:18-cv-00689-JAM-DB (PC) |
| Plaintiff, | ORDER |
| v. | |
| E. SHINNETTE, et al., | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to vacate the discovery and scheduling order (ECF No. 44) is granted. The court will issue a new discovery and scheduling order once a final ruling is made on defendants' pending motion for summary judgment, if necessary.

Dated: February 4, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.dso vac