UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SHINNETTE, et al.,<br><br>    Defendants. | No. 2:18-cv-0689 JAM DB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his Eighth Amendment rights by using excessive force and by failing to intervene. On May 22, 2019, this court recommended defendants' motion for summary judgment be granted based on plaintiff's failure to exhaust his claims. (ECF No. 49.) On May 31, plaintiff moved for an extension of time to file objections to this recommendation based on his lack of access to his legal materials. (ECF No. 50.) In an order filed June 5, the court granted plaintiff's request and gave him 60 days to file his objections. (ECF No. 52.) To be timely, plaintiff must place his objections in the prison mail by August 5, 2019.

    In a document dated June 18, but not filed here until July 8, plaintiff notified the court of his change of address to the California Correctional Institution. (ECF No. 53.) In a document dated June 30, and also filed here on July 8, plaintiff again informs the court of a change of

address, this time to Kern Valley State Prison. (ECF No. 54.) In addition, plaintiff states that he does not have his legal materials and seeks an extension of time to file objections until he after he has obtained them.

As noted above, plaintiff's objections to the findings and recommendations are not due to be placed in the prison mail until August 5. If plaintiff does not obtain his legal materials in sufficient time to meet that deadline, he should notify the court and another extension of time will be granted. In addition, if plaintiff is experiencing trouble getting access to his legal materials, he may seek assistance from the court.

In his recent filing, plaintiff also requests a settlement conference. The court previously found plaintiff failed to exhaust his administrative remedies and recommended this case be dismissed on that basis. Therefore, a settlement conference is not appropriate at this time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to change plaintiff's address to Kern Valley State Prison, P.O. Box 5104, Delano, CA 93216.
2. Plaintiff's request for an extension of time (ECF No. 54) is denied without prejudice to its renewal at a later date.
3. Plaintiff's request for a settlement conference (ECF No. 54) is denied.

Dated: July 11, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.fr obj eot