UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SHINNETTE, et al.,<br><br>    Defendants. | No. 2:18-cv-0689 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his Eighth Amendment rights by using excessive force and by failing to intervene. On May 22, 2019, this court recommended defendants' motion for summary judgment be granted based on plaintiff's failure to exhaust his claims. (ECF No. 49.) Since that time, plaintiff has been transferred at least twice. On June 5, 2019, this court granted plaintiff a 60-day extension of time to file any objections to the findings and recommendations based on his lack of access to his legal materials. (ECF No. 52.)

In an order filed July 12, 2019, this court denied plaintiff a second extension of time, but advised him that if he did not obtain his legal materials in time to file timely objections, he should so notify the court. (ECF No. 55.) In a document filed July 22, 2019, plaintiff again states that he has been unable to obtain his legal materials and will be unable to meet the August 5, 2019

////

1

deadline for filing objections. (ECF No. 56.) Plaintiff seeks both an extension of time and the court's assistance in obtaining those materials.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an extension of time (ECF No. 56) is granted. The August 5, 2019 deadline for submission of any objections to the court's findings and recommendations is vacated.
2. The Deputy Attorney General assigned to this matter is directed to contact the litigation coordinator at California State Prison-Sacramento, and/or any other relevant CDCR staff members, to determine the whereabouts of plaintiff's legal materials.
3. Within twenty days of the date of this order, the Deputy Attorney General shall file a document informing the court of the status of plaintiff's legal materials, including an expected date for their return to plaintiff.
4. After the Deputy Attorney General has notified the court about the status of plaintiff's legal materials, the court will set a deadline for plaintiff's submission of any objections to the May 22, 2019 findings and recommendations.

Dated: July 29, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.fr obj eot2