UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SHINNETTE, et al.,<br><br>    Defendants. | No. 2:18-cv-0689 JAM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his Eighth Amendment rights by using excessive force and by failing to intervene. On May 22, 2019, this court recommended defendants' motion for summary judgment be granted based on plaintiff's failure to exhaust his claims. (ECF No. 49.)

Because plaintiff was transferred at least twice and did not have access to his legal materials, this court granted plaintiff an extension of time to file any objections to the May 22 findings and recommendations. (See ECF No. 57.) This court also ordered defendants' counsel to attempt to determine the whereabouts of plaintiff's legal materials. (Id. at 2.) In a declaration filed August 13, defendants' counsel informed the court that he had confirmed that plaintiff was provided with his legal materials on August 9. (ECF No. 59.) Accordingly, this court will set a deadline for plaintiff to file any objections to the May 22 findings and recommendations.

1   For the foregoing reasons, IT IS HEREBY ORDERED that by September 9, 2019,
2   plaintiff shall file any objections to court's findings and recommendations filed on May 22, 2019.
3   Dated: August 21, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/urib0689.obj due date