UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL URIBE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SHINNETTE, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0689 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  On June 5, the court granted plaintiff a 60-day extension of time to file objections.  In an order filed July 31, the court vacated the deadline for plaintiff to file objections until plaintiff's legal materials were returned to him.  On August 22, after defendant's counsel confirmed that plaintiff had received his legal materials on August 9, the court informed plaintiff that if he wished to file objections, he must do so by September 9.  That date has passed and neither party has filed objections to the findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 22, 2019 (ECF No. 49) are adopted in full; and

    2. Defendants' motion for summary judgment (ECF No. 28) is granted and this case is dismissed without prejudice for plaintiff's failure to exhaust his administrative remedies.

DATED:  September 24, 2019

                                          /s/ John A. Mendez_____

                                          UNITED STATES DISTRICT COURT JUDGE